

BRIAN M. BARNARD     USB # 0215
JAMES L. HARRIS, Jr.     USB # 8204
UTAH LEGAL CLINIC
   Cooperating Attorneys for
   Utah Civil Rights & Liberties
   Foundation, Inc.
214 East Fifth South Street
Salt Lake City, Utah    84111-3204
Telephone: (801) 328-9531        ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

---

| | |
|---|---|
| **D.L.S.**, <br><br> Plaintiff, <br><br> vs. <br><br> **STATE OF UTAH; UTAH COUNTY,** a government entity; **C. KAY BRYSON,** Utah County Attorney; **AMERICAN FORK CITY,** a municipal corporation, and **JAMES "TUCKER" HANSEN,** Prosecutor, American Fork City, <br><br> Defendants. | Civil No. **2 02CV-0565K** <br> 2:02 - CV - _____ <br><br> **MOTION FOR LEAVE TO PROCEED USING PSEUDONYM** |

---

Plaintiff, D.L.S., through counsel, Brian M. Barnard and James L. Harris, Jr. of the Utah Legal Clinic, moves this Court as follows:

(1) This action a challenge to Utah statute (Ut. Code Ann. § 76-5-403 (1953 as



amended)) which prohibits sodomy between consenting unmarried heterosexual parties, occurring in private and non-commercially as an unconstitutional violation of plaintiff's right to expression, right to privacy and right to equal protection of the law.

(2) Plaintiff believes that use of plaintiff's true, full and correct names may cause harm to plaintiff.

(3) Plaintiff is willing to comply with any appropriate order from the Court with regard to allowing plaintiff to proceed through the use of a pseudonym.

**WHEREFORE**, plaintiff requests leave to proceed in this action by the use of a pseudonym, initials D.L.S.

DATED this 11th day of JUNE 2002.

UTAH LEGAL CLINIC
Attorneys for Plaintiff

by _____
BRIAN M. BARNARD
JAMES L. HARRIS, JR.

## CERTIFICATE OF MAILING

I hereby certify that I caused to be mailed a true and correct copy of the foregoing MOTION FOR LEAVE TO PROCEED USING PSEUDONYM and the supporting MEMORANDUM to:

MARK SHURTLEFF
ATTORNEY GENERAL
236 STATE CAPITOL
Salt Lake City, Utah  84114

C. KAY BRYSON
Utah County Attorney
100 E Center Street  #2100
Provo, Utah         84606

JAMES H. "TUCKER" HANSEN
City Attorney for American Fork
306 West Main Street
American Fork, Utah     84003

on the 11TH day of JUNE 2002, postage prepaid in the United States Postal Service.

                                   UTAH LEGAL CLINIC
                                   Attorneys for Plaintiff

by _____
                 BRIAN M. BARNARD

C:\Documents and Settings\Mr. Barnard\My Documents\C Drive Contents On Brian's Old Computer\1983CASE\WNJ\DLS pseudonym MOTION.wpd/BMB